**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Salazar LOPEZ, aka Carlos Salazar, Defendant–Appellant.**

No. 08–30129.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Feb. 18, 2009.*

Filed March 3, 2009.

Paulette Lynn Stewart, Assistant U.S., USHE–Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, Assistant Federal Public Defender, Helena, MT, for Defendant–Appellant.

Before BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Carlos Salazar Lopez appeals from the 270–month sentence imposed upon resentencing. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Salazar Lopez contends that the sentence imposed is unreasonable because the district court did not consider, weigh, and give effect to his substantial post-sentencing rehabilitation in fashioning the sentence. We conclude that the district court did not procedurally err, and that the sentence is reasonable. *See Gall v. United States,* — U.S. —, —–—, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.